**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      MAURICE NOCK                :      Chapter 13

    Debtor(s)                :      Bky. No.  09-18474 ELF

# O R D E R

AND NOW, WHEREAS:

A. 11 U.S.C. §109(h)(1) requires that an individual may not be a Debtor in a bankruptcy case unless, **within the 180 day period before the filing of the bankruptcy petition**, the individual has received an individual or group briefing from an approved nonprofit budget and credit counseling agency as described in 11 U.S.C. §111(a) ("the Credit Counseling Requirement");

B. Fed. R. Bankr. P. 1007(b)(3) and Exhibit D to Official Form No. 1 (which must be filed with an individual debtor's bankruptcy petition) require that a debtor also file either

   (i)    a Prepetition Credit Counseling Certificate,

   (ii)   a statement that such credit counseling was received but the Certificate is not yet available,

   (iii)  a Certification of Exigent Circumstances under 109(h)(3), or

   (iv)   a Statement under 109(h)(4) that the Debtor is not required to receive prepetition credit counseling,

C. In this case, the Debtor(s) filed a statement that such credit counseling was received and that the Debtor(s) possessed a copy of the Credit Counseling Certificate.

D. The Credit Counseling Certificate subsequently filed by the Debtor(s) states, on its face that, contrary to the Debtor(s)' earlier statement, he/she did **not** receive credit counseling before filing the petition.

It is hereby **ORDERED** that:

1. A hearing is scheduled on **December 8, 2009, at 1:00 p.m., in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107**.

2. At the hearing, the court will consider whether this case should be dismissed for failure to comply 11 U.S.C. §109(h).

**Date:   November 24, 2009**

                                      **ERIC L. FRANK**
                                      **U.S. BANKRUPTCY JUDGE**

cc: Maurice Nock
     372 Rosalie Street
     Philadelphia, PA 19120